O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUFF4DUDES, LLC, a Florida limited liability company, ) ) ) | CASE NO. CV 09-00208 RZ |
| Plaintiff, ) ) | ORDER TO SHOW CAUSE |
| vs. ) ) | |
| RIPE DIGITAL ENTERTAINMENT, INC., a Delaware corporation; and Does 1 through 10, ) ) ) ) | |
| Defendants. ) ) | |

On January 9, 2009, Defendant removed this action from the California Superior Court to this Court. Defendant's notice of removal states that federal jurisdiction is invoked on the basis of diversity of citizenship. Defendant states that it has dual citizenship in Delaware and California. It states that Plaintiff is a limited liability company with its principal address in Florida. In the attached Complaint, Plaintiff avers that it has its principal place of business in California.

Under 28 U.S.C. § 1447(c), Plaintiff has thirty days from the removal to seek remand on the basis of any procedural defects, such as that posed by 28 U.S.C. § 1441(b). Whether or not the procedural aspects of removal have been observed, the Court has an independent obligation to review its jurisdiction. The citizenship of a limited liability company is the citizenship of its members. *Johnson v. Columbia Properties Anchorage,*

1 *LP*, 437 F.3d 894, 899 (9th Cir. 2006). Defendant's notice of removal states that the citizenship of the members of Plaintiff is unknown.

Unless a grant of jurisdiction over a particular case affirmatively appears, federal courts are presumed to lack jurisdiction. *National Treasury Employees Union v. Federal Labor Relations Authority*, 112 F.3d 402, 403 (9th Cir. 1997), *citing General Atomic Co. v. United Nuclear Corp.,* 655 F.2d 968, 968-69 (9th Cir. 1981). The citizenship of Plaintiff has not been alleged, and therefore diversity of the parties does not affirmatively appear.

Accordingly, Defendant shall show cause why the action should not be remanded to the Superior Court for lack of federal subject matter jurisdiction. Defendant shall submit its response to the Order to Show Cause within 20 days. Failure to submit a response may lead to a remand of the action.

IT IS SO ORDERED.

DATED: January 14, 2009

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE