GARY S. RASKIN (SBN 169097)
graskin@raskinpeter.com
RICK R. SMITH (SBN 232908)
rsmith@raskinpeter.com
RASKIN PETER RUBIN & SIMON LLP
1801 Century Park East, Suite 2300
Los Angeles, California 90067-2325
Telephone: (310) 277-0010
Facsimile: (310) 277-1980

Attorneys for Defendant
RIPE DIGITAL ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| STUFF4DUDES LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RIPE DIGITAL ENTERTAINMENT, INC., a Delaware corporation; and Does 1 through 10,<br><br>Defendants. | CASE NO. CV 09-00208 RZ<br><br>**ORDER OF REMAND** |

**IT IS HEREBY ORDERED** as follows:

1. The above-entitled action is remanded to California Superior Court, County of Los Angeles.

**IT IS SO ORDERED.**

Dated: January 27, 2009

Audrey B. Collins

HON. AUDREY B. COLLINS
CHIEF, UNITED STATES DISTRICT JUDGE